U.S. Dis. Ct. Western Dis. of VA.

From: Adam Pelletier 1006145
Red Onion State Prison
P.O. Box 1900
Pound, VA 24279

To: Clerk of the Court,

Please find enclosed a motion I need filed with the court. I do not know the cost of filing this motion. If it is $5.00, I think I can handle that. If more, I may have to file indigent. Please let me know, so this motion can be valid.

Thank you for your time.

Respectfully,

*[signature]*

6, 15, 21